BUTLER et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. March 25, 1922.) No. 3785. In Error to the District Court of the United States for the Northern District of Texas; James C. Wilson, Judge. Criminal prosecution by the United States against Barlow Butler and Bob

Terry. Judgment of conviction, and defendants bring error. Affirmed. **J. J. Fagan**, of Dallas, Tex., for plaintiffs in error. Henry Zweifel, U. S. Atty., of Fort Worth, Tex. (Ben P. Allred, Asst. U. S. Atty., of Fort Worth, Tex., on the brief), for the United States. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.